1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 83013)
2  MARCOS D. SASSO (State Bar No. 228905)
   RAYMOND A. GARCIA (State Bar No. 279884)
3  2029 Century Park East
   Los Angeles, CA 90067-3086
4  Telephone:  310-556-5800
   Facsimile:   310-556-5959
5  Email:      *lacalendar@stroock.com*

6

7  Attorneys for Defendant
     CITIBANK, N.A.

8
                 **UNITED STATES DISTRICT COURT**
9
                 **EASTERN DISTRICT OF CALIFORNIA**
10

11 JOSEF A. VASQUEZ, individually, and on          )   Case No. 1:14-cv-00673-JAM-BAM
   behalf of others similarly situated,            )
12                                                  )   [Assigned to the Hon. John A. Mendez]
                    Plaintiff,                      )
13                                                  )   **STIPULATION OF DISMISSAL WITH**
             vs.                                    )   **PREJUDICE**
14                                                  )
   CITIBANK, N.A.; and DOES 1 to 10, inclusive,    )   Action Filed:  May 7, 2014
15                                                  )
                    Defendants.                     )
16                                                  )

17

18

19

20

21

22

23

24

25

26

27

28

LA 51846400v1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

## **STIPULATION OF DISMISSAL**

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed against Citibank, N.A. in its entirety with prejudice, each party to bear its own attorney fees and costs.

Dated:  March 10, 2015

| MARTIN & BONTRAGER, APC | STROOCK & STROOCK & LAVAN LLP |
| G. THOMAS MARTIN, III | RAYMOND A. GARCIA |
| By: _/s/ G. Thomas Martin, III_ | By: _Raymond A. Garcia_ |
| G. Thomas Martin, III | Raymond A. Garcia |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| JOSEF A. VASQUEZ | CITIBANK, N.A. |

- 1 -

LA 51846400v1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2015, a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

*/s/ Raymond A. Garcia*
Raymond A. Garcia

LA 51846400v1