# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEF A. VASQUEZ, individually, and on behalf of others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITIBANK, N.A.; and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 1:14-cv-00673-JAM-BAM<br><br>[Assigned to the Hon. John A. Mendez]<br><br>**ORDER**<br><br>Action Filed: May 7, 2014 |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: 3/10/2015　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　Hon. John A. Mendez
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

LA 51846410v1

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2015, a copy of the foregoing **[PROPOSED] ORDER** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ Raymond A. Garcia*
Raymond A. Garcia

LA 51846410v1